SCWC-19-0000085

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MD,
Respondent/Petitioner-Appellee,

vs.

PR,
Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000085; FC-DA NO. 18-1-1917)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Ayabe, in place of Pollack, J., recused)

Petitioner's application for writ of certiorari filed on June 23, 2020, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 23, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Bert I. Ayabe

